THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS FITILIS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

HOWARD C. RELDA, Respondent, v. HARMEL REALTY Co., INC., and Others, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Martin, J., dissents.

SAVAK R. BOMANJI, Respondent, v. WILLIAM FORBES MORGAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX KATZ, Appellant.— Judgment reversed, the information dismissed and the defendant discharged. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SOUTH CAROLINA PRODUCE ASSOCIATION, Respondent, v. P. S. COLLINS & Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley and Sherman, JJ.

WILLARD D. ROCKEFELLER, Respondent, v. THE EIGHTY-SEVENTH STREET AND EAST. END AVENUE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of CLARE A. BRIGGS, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [138 Misc. 136.]

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of Attendance Officer EUGENE CAVANAGH, Respondent, v. RENATO ASTRETE, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

GOLRAN REALTY CORPORATION and ELY MARAN, Appellants, v. JAMES BUTLER GROCERY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malloy and Sherman, JJ.

RAYMOND BENNETT, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Defendant, Impleaded with DELAWARE AND HUDSON COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $25,183.84; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, O'Malley and Sherman, JJ.

ROYAL INDEMNITY COMPANY, Respondent, v. E. GUSMAN & SONS, INC., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

KING R. GRAHAM, Respondent, v. E. F. DREW & COMPANY, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to serve amended answers within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JAMES ELGAR (a Corporation), Respondent, v. MARYLAND CASUALTY COM-